**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:17CR246** |
| **vs.** | |
| **ORLANDO JAMES LASLEY,** | **ORDER OF RELEASE** |
| **Defendant.** | |

Consistent with the agreement of the parties at the Change of Plea Hearing held on June 3, 2019,

IT IS ORDERED:

1.      The Order Setting Conditions of Release, dated July 26, 2017, ECF No. 11, is reinstated; and

2.      Defendant is released, pending sentencing, on the same terms and conditions previously imposed.


Dated this 22nd day of July 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge