IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:17CR246 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| ORLANDO LASLEY, | ) | |
| | ) | |
| Defendant. | ) | |

On November 23, 2020 the court detained Defendant. On December 12, 2020 Judge Buescher signed an order modifying Defendant's conditions of supervision. The modification provides for a public law placement for Defendant. The court has been informed by Defendant's attorney, who was informed by Defendant's Probation Officer, Jon Lordian, the Defendant has been accepted for placement at Dismas Charities, Inc., a Residential Reentry Center (RRC) in Sioux City, Iowa. on January 6, 2021.

IT IS THEREFORE ORDERED that:

1. On Wednesday, January 6, 2021 at 9:00 a.m. the Defendant is to be released from the United States Marshal's custody to Defendants mother, Charmion Lasley. The defendant shall be released form the Pottawattamie County Jail to his mother, Charmion Lasley, who shall transport Defendant directly to Dismas Charities, 420 Chambers Street, Sioux City, Iowa. He must arrive at Dismas Charities, Inc. and be registered at the facility by 12:00pm that same day.

2. The Court orders that if the Defendant fails to remain at the RRC and obey all the rules of the facility, the Court shall be notified immediately so that a warrant may issue.

3. The Defendant remains subject to all of the previously ordered conditions of his supervised release

DATED this 5th day of January 2020

BY THE COURT:

*Susan M Bazis*

The Hon. Susan M. Bazis
United States Magistrate Judge